UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LEGACY AGENCY, INC.,
                Plaintiff,

-v-

GREGORY GENSKE,
                Defendant.

19-CV-2951 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In light of the developments noted in Plaintiff's November 18, 2019, letter (*see* Dkt. No. 24), counsel for the parties are directed to appear for a telephone conference on December 16, 2019, at 4:00PM EST. Counsel are directed to jointly call chambers at (212) 805-0266.

SO ORDERED.

Dated: December 12, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge