UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
THE LEGACY AGENCY, INC.,

                    Plaintiff,

            -v-

GREGORY GENSKE,

                    Defendant.
———————————————————————

19-CV-2951 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In light of the denial of the motion to stay (*see* Dkt. No. 29), the motion for summary judgment at Docket Number 14 is deemed renewed. Defendant shall file any response in opposition to the motion on or before February 21, 2020. So ordered.

    SO ORDERED.

Dated: February 7, 2020
        New York, New York

                                              J. PAUL OETKEN
                                         United States District Judge